# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

January 28, 2020

**VIA ECF**

Hon. Roanne L. Mann
Chief United States Magistrate Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

　　　　　　Re:　Avila Rodriguez, et al. v. Onkar Food Corp., et al.;
　　　　　　　　Case No. 18-cv-06455-LDH-RLM

Dear Judge Mann:

　　This office represents Plaintiffs in the above-referenced matter. I write to update Your Honor that Defense counsel does not reply to my email[1]. Therefore, without Defendants signature, I am unable to timely submit the revised agreement.

　　I thank the Court for its time and attention to this matter.


　　Respectfully Submitted,

　　*/s/Gennadiy Naydenskiy, Esq.*
　　Gennadiy Naydenskiy, Esq.
　　MICHAEL FAILLACE & ASSOCIATES, P.C.

　　*Attorneys for Plaintiff*

---

[1] In my previous letter, I mistakenly wrote that Defendants did not reply to my redline agreement. Defendants did reply that it was ok to have the clients sign the redlined agreement. However, Defendants have not responded to my emails ever since.