UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSE DAVID AVILA RODRIGUEZ and
FREDIS C. MORENO MIRAMON,
 *individually and on behalf of all others
similarly situated*,

                              Plaintiffs,

                                   v.

ONKAR FOOD CORP (D/B/A HAPPY DAYS
DINER), G&S FOOD CORP (D/B/A HAPPY
DAYS DINER), TONY LONGIA, and
SUMITTER SINGH,

                              Defendants.

-----------------------------------------------------------------X

Case No.: 1:18-CV-06455

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

       PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Eastern District of New York, hereby enters her appearance as counsel for defendant in the above captioned matter.

Dated:  Flushing, New York
           January 31, 2020

                               **HANG & ASSOCIATES, PLLC**

                          By:    s/ Qinyu Fan_____
                                  Qinyu Fan, Esq.
                                  136-20 38th Ave., Suite 10G
                                  Flushing, New York 11354
                                  Telephone: (718) 353-8588
                                  Email: qfan@hanglaw.com
                                  *Attorneys for the Plaintiff*