ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: January 31, 2020  
START: 12:20 pm  
END: 12:30 pm

DOCKET NO: 18-cv-06455

CASE: Avila Rodriguez et al v. Onkar Food Corp et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Michael Faillace |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Ge Qu |
|  |  |
|  |  |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing. For the reasons stated on the record, the Court concludes that the amended settlement agreement (DE #37), and the allocation of the proceeds thereunder, are fair and reasonable, with the following revision to correct a scrivener's error in Section 9, titled "Release Notification": the waiver of potential claims referenced in that section is limited to the released claims as set forth in Section 2. The Court also finds that the settlement was

achieved through arms-length negotiations. A stipulation of discontinuance is due by February 7, 2020.